1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   SAMMY B. SANCHEZ,                         Case No. 23-cv-06552-EMC
8              Plaintiff,
9       v.                                    **ORDER OF DISMISSAL**
10  GONZALEZ,                                 Docket No. 2
11             Defendant.
12
13       On December 20, 2023, the Clerk of the Court sent two notices to Plaintiff.  Docket Nos.
14  3, 4.  This mail was returned undelivered on February 26, 2024, bearing a stamp that read in part
15  "return to sender – unable to forward."  Docket No. 7.
16       The Clerk's notices were sent to Plaintiff at the address he provided.  *See* Docket Nos. 3, 4
17  (showing they were sent to the California Medical Facility in Vacaville).  Plaintiff has not
18  provided any address other than the address to which the undeliverable mail was sent.  More than
19  sixty days have passed since the mail was returned to the Court undelivered, and the Court has
20  received no communication from Plaintiff.
21       Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding
22  *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of
23  Address specifying the new address" when his address changes.  Local Rule 3-11(b) allows the
24  Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as
25  not deliverable and the *pro se* party fails to send written notice of his current address within sixty
26  days of the return of the undelivered mail.
27       This action is DISMISSED without prejudice because Plaintiff failed to keep the Court
28  informed of his address in compliance with Local Rule 3-11(a).

United States District Court
Northern District of California

1    Plaintiff's *in forma pauperis* application is DENIED because he failed to file a completed

2 *in forma pauperis* form as required by 28 U.S.C. § 1915(a).  Docket No. 2.

3    The Clerk shall close the file.  This order disposes of Docket No. 2.

4

5    **IT IS SO ORDERED**.

6

7  Dated: May 8, 2024

8

9    _____
EDWARD M. CHEN

10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2